N. R. M. GARAGE CORP., Respondent, *v.* MORRIS FEIG GARAGE CORP., Appellant. (Two proceedings.)

Argued January 15, 1952; decided March 14, 1952.

*Samuel Shapiro* and *Isidore Cohen* for appellant.

*Benjamin Mosher* and *George H. Colin* for Cities Service Oil Company, *amicus curiæ,* in support of appellant's position.

*Elmer J. Hoare, Sidney G. Madenberg* and *Francis O. Mayer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.